IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIDGEPORT FITTINGS, INC.,** | : | **CIVIL ACTION NO. 3:05-CV-2622** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **ARLINGTON INDUSTRIES, INC.,** | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 10th day of February, 2006, upon consideration of defendant's motion (Doc. 27) to seal its previously filed motion and answer with counterclaim (<u>see</u> Docs. 17, 18), and it appearing that these documents contain information that the parties agreed to keep confidential (<u>see</u> Doc. 28 ¶ 5), it is hereby ORDERED that:

1. Defendant's motion (Doc. 27) to file under seal is GRANTED.

2. The Clerk of Court is directed to file under seal defendant's documents (Docs. 17, 18).

    <u>/s/ Christopher C. Conner</u>
CHRISTOPHER C. CONNER
United States District Judge